**Order entered October 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00889-CV

### JAGADISH BALACHANDRACHARI, Appellant

### V.

### THERESA KIM-HOA TANG, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-11165-R**

## ORDER

We have reviewed the clerk's record and have determined it is incomplete. Specifically, the clerk's record does not include the July 2, 2014 Motion for Enforcement of Medical and Child Support; the March 18, 2015 Order Enforcing Child Support, Medical Support and Modifying Support and for Contempt; and the March 23, 2015 Notice of Appeal of the associate judge's ruling. Accordingly, the Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to certify and file within three (3) days of the date of this order a supplemental clerk's record including those documents.

/s/    CRAIG STODDART
       JUSTICE